UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEVELAND RAYFORD, M.D., M.A.,

    Petitioner,

v.

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

Case No. 08-cv-204-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wexford Health Sources, Inc. and against plaintiff Cleveland Rayford, M.D., M.A.

**DATED: February 2, 2010**               **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                   s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**